UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO
SAN JUAN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 3:16-BK-02292 |
| | § | |
| Health Preventive Services Psc | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Noreen Wiscovitch-Rentas, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $54,428.90 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $16,249.85 | | |

3) Total gross receipts of $70,678.75 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $70,678.75 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $16,249.85 | $16,249.85 | $16,249.85 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $56,519.62 | $56,519.62 | $28,532.68 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $59,271.73 | $59,271.73 | $25,896.22 |
| **Total Disbursements** | $0.00 | $132,041.20 | $132,041.20 | $70,678.75 |

4). This case was originally filed under chapter 7 on 03/24/2016. The case was pending for 37 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/05/2019        By:   /s/ Noreen Wiscovitch-Rentas
                                      Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Account Receivable | 1121-000 | $8,946.06 |
| Tax Refund | 1124-000 | $55,315.00 |
| FINANCIAL ACCOUNT | 1129-000 | $941.56 |
| Tax Refund | 1224-000 | $5,423.00 |
| Post-Petition Interest Deposits | 1270-000 | $53.13 |
| **TOTAL GROSS RECEIPTS** | | $70,678.75 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NOREEN WISCOVITCH-RENTAS, Trustee | 2100-000 | NA | $6,783.94 | $6,783.94 | $6,783.94 |
| NOREEN WISCOVITCH-RENTAS, Trustee | 2200-000 | NA | $115.42 | $115.42 | $115.42 |
| INTERNATIONAL SURETIES LTD | 2300-000 | NA | $205.70 | $205.70 | $205.70 |
| Green Bank | 2600-000 | NA | $0.00 | $0.00 | $0.00 |
| Javier Vilarino, Attorney for Trustee | 3210-000 | NA | $3,740.50 | $3,740.50 | $3,740.50 |
| TAMAREZ CPA, LLC, Accountant for Trustee | 3410-000 | NA | $5,132.50 | $5,132.50 | $5,132.50 |
| TAMAREZ CPA, LLC, Accountant for Trustee | 3420-000 | NA | $271.79 | $271.79 | $271.79 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $16,249.85 | $16,249.85 | $16,249.85 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | INTERNAL REVENUE SERVICE | 5800-000 | $0.00 | $22,881.32 | $22,881.32 | $22,881.32 |
| 2 | STATE INSURANCE FUND CORPORATION | 5800-000 | $0.00 | $2,699.53 | $2,699.53 | $2,699.53 |
| 4 | Department of Treasury | 5800-000 | $0.00 | $27,986.94 | $27,986.94 | $0.00 |
| 5 | Puerto Rico Department of Labor | 5800-000 | $0.00 | $2,482.03 | $2,482.03 | $2,482.03 |
| 6 | Puerto Rico Department of Labor | 5800-000 | $0.00 | $469.80 | $469.80 | $469.80 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $56,519.62 | $56,519.62 | $28,532.68 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1a | INTERNAL REVENUE SERVICE | 7100-000 | $0.00 | $9,591.61 | $9,591.61 | $5,361.14 |
| 2a | STATE INSURANCE FUND CORPORATION | 7100-000 | $0.00 | $2,592.68 | $2,592.68 | $1,449.16 |
| 3 | ADVANCED PRO HEALTH MANAGEMENT SOLUTIONS | 7100-000 | $0.00 | $34,146.55 | $34,146.55 | $19,085.92 |
| 4a | Department of Treasury | 7300-000 | $0.00 | $12,627.48 | $12,627.48 | $0.00 |
| 5a | Puerto Rico Department of Labor | 7300-000 | $0.00 | $256.27 | $256.27 | $0.00 |
| 6a | Puerto Rico Department of Labor | 7300-000 | $0.00 | $57.14 | $57.14 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $59,271.73 | $59,271.73 | $25,896.22 |

UST Form 101-7-TDR (10/1/2010)

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit 8

| Case No.: | 16-02292-ESL | Trustee Name: | Noreen Wiscovitch-Rentas |
|---|---|---|---|
| Case Name: | Health Preventive Services Psc | Date Filed (f) or Converted (c): | 03/24/2016 (f) |
| For the Period Ending: | 4/5/2019 | §341(a) Meeting Date: | 04/26/2016 |
| | | Claims Bar Date: | 07/26/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | FINANCIAL ACCOUNT | $19.54 | $941.56 | | $941.56 | FA |
| **Asset Notes:** | Oriental bank checking account xxxx8932 | | | | | |
| 2 | Account Receivable | $28,659.82 | $28,659.82 | | $8,946.06 | FA |
| **Asset Notes:** | Accountant for the Estate understands that the Debtor was entitled to $96,810.96. Trustee's counsel investigating. See email of March 24, 2017. After review and extrajudicial discovery (subpoena) done on the Insurance company there is no further funds to be collected by the Estate. NWR 10-9-18 | | | | | |
| 3 | Tax Refund | $75,369.00 | $75,369.00 | | $55,315.00 | FA |
| **Asset Notes:** | Treasury Department, credit for 7% withholding made by health plan 2014 & 2015. 2015 $75,225.00, per Estate's accountant. - Noreen Wiscovitch 08/20/2016<br><br>Per accountant for the Estate the amounts of the refunds are as follows:<br>2013 $11,000.00<br>2014 $28,000.00<br>2015 $60,000.00<br> - Noreen Wiscovitch 9/16/2016<br><br>Accountant informed that it should be expected only $55,315 for 2013, 2014, 2015 and not $99,000 as previously estimated. - Noreen Wiscovitch 3/27/2018 (these amounts were clarified in June 2018). - Noreen Wiscovitch 7/6/2018 | | | | | |
| 4 | Void (u) | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** | PETTY CASH | | | | | |
| 5 | Tax Refund (u) | $0.00 | $5,871.00 | | $5,423.00 | FA |
| **Asset Notes:** | Tax Refund 2016 | | | | | |
| INT | Post-Petition Interest Deposits (u) | Unknown | Unknown | | $53.13 | FA |

**TOTALS (Excluding unknown value)**    **Gross Value of Remaining Assets**
$104,048.36    $110,841.38    $70,678.75    $0.00

**Major Activities affecting case closing:**

Checks cut. 1-3-19

Claims reviewed. NFR and TFR submitted to UST. NWR 11-8-18

Evidence provided by Dr. Benitez, that funds belonged to him. No lawsuit will be filed. NWR 10-9-18

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 2     Exhibit 8

| Case No.: | 16-02292-ESL | Trustee Name: | Noreen Wiscovitch-Rentas |
|---|---|---|---|
| Case Name: | Health Preventive Services Psc | Date Filed (f) or Converted (c): | 03/24/2016 (f) |
| For the Period Ending: | 4/5/2019 | §341(a) Meeting Date: | 04/26/2016 |
| | | Claims Bar Date: | 07/26/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

Lawsuit to be filed against Dr. Benitez if extrajudicial efforts do not result in return of funds. NWR 9/28/18

Trustee filed a Proof of Claim in the Promesa case. These assets (tax refunds) will be marked fully administered only for purposes of administration of the case. If funds are later received, the Trustee will administer them. As to the amounts shown by the accountant as owed under medical plans, after investigation of Trustee's counsel and subpoena, it was found that a Dr. Benitez working from the Debtor received $12,900.73 from an insurance company, monies which belong to the Debtor. The remaining amount as informed by the Accountant, were not Debtor's property. Asset has been corrected accordingly.   - Noreen Wiscovitch 07/31/2018

Trustee received additional tax refund for year 2015.  Additional tax refund for 2013, 2014 and 2016 are pending.   Accounts receivables are being investigated by accountant and attorney for the Estate - Noreen Wiscovitch 2/8/2018

Trustee awaiting tax refunds and collection of Account Receivable.   - Noreen Wiscovitch 11/13/2017

Trustee has hired counsel to pursue collection of tax refund and account receivables.   - Noreen Wiscovitch 07/15/2017

Trustee awaiting tax refund collection and collection on account receivables.  Trustee to hire counsel to pursue account receivables.   - Noreen Wiscovitch 3/31/2017

Per Accountant the correct amount of Tax Refund in the amount of $75,225.00 for 2015.  Motion for prompt determination of taxes filed.   - Noreen Wiscovitch 08/20/2016

Trustee to hire accountant to attempt to collect on tax refunds.   - Noreen Wiscovitch 05/03/2016

Trustee investigating Debtor's financial affairs.   - Noreen Wiscovitch 4/2/2016

 [Noreen Wiscovitch 2016-04-02 15:28:29]

| Initial Projected Date Of Final Report (TFR): | 12/31/2017 | Current Projected Date Of Final Report (TFR): | 12/31/2018 | /s/ NOREEN WISCOVITCH-RENTAS |
|---|---|---|---|---|
| | | | | NOREEN WISCOVITCH-RENTAS |

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-02292-ESL | | Trustee Name: | Noreen Wiscovitch-Rentas |
|---|---|---|---|---|
| Case Name: | Health Preventive Services Psc | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***4874 | | Checking Acct #: | ******9201 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 3/24/2016 | | Blanket bond (per case limit): | $16,477,482.00 |
| For Period Ending: | 4/5/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/27/2018 | | BANCO SANTANDER | Transfer Funds | 9999-000 | $65,218.58 | | $65,218.58 |
| 08/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $27.15 | $65,191.43 |
| 09/14/2018 | | Green Bank | Bank Service Fee | 2600-000 | | ($27.15) | $65,218.58 |
| 10/11/2018 | 5001 | INTERNATIONAL SURETIES LTD | Bond Payment | 2300-000 | | $149.82 | $65,068.76 |
| 01/03/2019 | 5002 | Javier Vilarino | Account Number: ; Claim #: ; Amount Claimed: 3,740.50; Distribution Dividend: 100.00; Amount Allowed: 3,740.50; Dividend: 5.74; Notes: Application for Compensation for JAVIER VILARINO. docket 60; | 3210-000 | | $3,740.50 | $61,328.26 |
| 01/03/2019 | 5003 | NOREEN WISCOVITCH-RENTAS | Trustee Compensation | 2100-000 | | $6,783.94 | $54,544.32 |
| 01/03/2019 | 5004 | NOREEN WISCOVITCH-RENTAS | Trustee Expenses | 2200-000 | | $115.42 | $54,428.90 |
| 01/03/2019 | 5005 | Internal Revenue Service | Account Number: ; Claim #: 1; Amount Claimed: 22,881.32; Distribution Dividend: 100.00; Amount Allowed: 22,881.32; Dividend: 35.16; Notes: ; | 5800-000 | | $22,881.32 | $31,547.58 |
| 01/03/2019 | 5006 | Internal Revenue Service | Account Number: ; Claim #: 1; Amount Claimed: 9,591.61; Distribution Dividend: 55.89; Amount Allowed: 9,591.61; Dividend: 8.23; Notes: ; | 7100-000 | | $5,361.14 | $26,186.44 |
| 01/03/2019 | 5007 | STATE INSURANCE FUND CORPORATION | Account Number: ; Claim #: 2; Amount Claimed: 2,699.53; Distribution Dividend: 100.00; Amount Allowed: 2,699.53; Dividend: 4.14; Notes: ; | 5800-000 | | $2,699.53 | $23,486.91 |
| 01/03/2019 | 5008 | STATE INSURANCE FUND CORPORATION | Account Number: ; Claim #: 2; Amount Claimed: 2,592.68; Distribution Dividend: 55.89; Amount Allowed: 2,592.68; Dividend: 2.22; Notes: ; | 7100-000 | | $1,449.16 | $22,037.75 |
| 01/03/2019 | 5009 | ADVANCED PRO HEALTH MANAGEMENT SOLUTIONS | Account Number: ; Claim #: 3; Amount Claimed: 34,146.55; Distribution Dividend: 55.89; Amount Allowed: 34,146.55; Dividend: 29.33; Notes: (3-1) SERVICES PERFORMED; | 7100-000 | | $19,085.92 | $2,951.83 |
| 01/03/2019 | 5010 | Puerto Rico Department of Labor | Account Number: ; Claim #: 5; Amount Claimed: 2,482.03; Distribution Dividend: 100.00; Amount Allowed: 2,482.03; Dividend: 3.81; Notes: ; | 5800-000 | | $2,482.03 | $469.80 |
| | | | **SUBTOTALS** | | $65,218.58 | $67,230.81 | |

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-02292-ESL | Trustee Name: | Noreen Wiscovitch-Rentas |
|---|---|---|---|
| Case Name: | Health Preventive Services Psc | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***4874 | Checking Acct #: | ******9201 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 3/24/2016 | Blanket bond (per case limit): | $16,477,482.00 |
| For Period Ending: | 4/5/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/03/2019 | 5011 | Puerto Rico Department of Labor | Account Number: ; Claim #: 6; Amount Claimed: 469.80; Distribution Dividend: 100.00; Amount Allowed: 469.80; Dividend: 0.72; Notes: ; | 5800-000 | | $469.80 | $0.00 |
| | | | **TOTALS:** | | $65,218.58 | $65,218.58 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $65,218.58 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $65,218.58 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $65,218.58 | |

**For the period of 3/24/2016 to 4/5/2019**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $65,218.58 |
| | |
| Total Compensable Disbursements: | $65,218.58 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $65,218.58 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 08/27/2018 to 4/5/2019**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $65,218.58 |
| | |
| Total Compensable Disbursements: | $65,218.58 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $65,218.58 |
| Total Internal/Transfer Disbursements: | $0.00 |

| Case No. | 16-02292-ESL | Trustee Name: | Noreen Wiscovitch-Rentas |
|---|---|---|---|
| Case Name: | Health Preventive Services Psc | Bank Name: | BANCO SANTANDER |
| Primary Taxpayer ID #: | **-***4874 | Checking Acct #: | ******6285 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | Checking |
| For Period Beginning: | 3/24/2016 | Blanket bond (per case limit): | $16,477,482.00 |
| For Period Ending: | 4/5/2019 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/01/2016 | ( 1) | ORIENTAL BANK | Financial Account CLOSED BANK ACCOUNT. | 1129-000 | $108.75 |  | $108.75 |
| 04/01/2016 | ( 1) | ORIENTAL BANK | Financial Account CLOSED BANK ACCOUNT. | 1129-000 | $832.81 |  | $941.56 |
| 04/27/2016 | (2) | MCS ADVANTAGE, INC | ACCOUNT RECEIVABLE | 1121-000 | $32.07 |  | $973.63 |
| 04/27/2016 | (2) | MAPFRE/HEALTH | ACCOUNT RECEIVABLE | 1121-000 | $17.00 |  | $990.63 |
| 04/27/2016 | (2) | MMM HEALTHCARE, LLC | ACCOUNT RECEIVABLE | 1121-000 | $59.02 |  | $1,049.65 |
| 04/27/2016 | (2) | MMM HEALTHCARE, LLC. | ACCOUNT RECEIVABLE | 1121-000 | $17.38 |  | $1,067.03 |
| 04/27/2016 | (2) | TRIPLE-S ADVANTAGE | ACCOUNT RECEIVABLE | 1121-000 | $63.31 |  | $1,130.34 |
| 04/27/2016 | (2) | MCS LIFE INSURANCE COMPANY | ACCOUNT RECEIVABLE | 1121-000 | $8.00 |  | $1,138.34 |
| 04/27/2016 | (2) | MCS ADVANTAGE, INC. | ACCOUNT RECEIVABLE | 1121-000 | $551.42 |  | $1,689.76 |
| 04/27/2016 | (2) | MCS ADVANTAGE, INC | ACCOUNT RECEIVABLE | 1121-000 | $102.40 |  | $1,792.16 |
| 05/06/2016 | (2) | Triple-S Advantage | ACCOUNT RECEIVABLE Account Receivable. | 1121-000 | $355.10 |  | $2,147.26 |
| 06/24/2016 | (2) | MAPFRE/HEALTH | ACCOUNT RECEIVABLE ACCOUNT RECEIVABLE | 1121-000 | $12.00 |  | $2,159.26 |
| 06/24/2016 | (2) | TRIPLE-S ADVANTAGE | ACCOUNT RECEIVABLE ACCOUNT RECEIVABLE | 1121-000 | $54.65 |  | $2,213.91 |
| 06/24/2016 | (2) | TRIPLE-S ADVANTAGE | ACCOUNT RECEIVABLE ACCOUNT RECEIVABLE | 1121-000 | $34.46 |  | $2,248.37 |
| 06/24/2016 | (2) | TRIPLE-S SALUD | ACCOUNT RECEIVABLE ACCOUNT RECEIVABLE | 1121-000 | $35.02 |  | $2,283.39 |
| 06/24/2016 | (2) | TRIPLE-S ADVANTAGE | ACCOUNT RECEIVABLE ACCOUNT RECEIVABLE | 1121-000 | $3,424.25 |  | $5,707.64 |
| 06/24/2016 | (2) | TRIPLE-S SALUD | ACCOUNT RECEIVABLE ACCOUNT RECEIVABLE | 1121-000 | $137.67 |  | $5,845.31 |
| 06/24/2016 | (2) | ASOCIACION DE MAESTROS DE PUERTO RI | ACCOUNT RECEIVABLE ACCOUNT RECEIVABLE | 1121-000 | $464.70 |  | $6,310.01 |
| 06/24/2016 | (2) | TRIPLE- S SALUD | ACCOUNT RECEIVABLE ACCOUNT RECEIVABLE | 1121-000 | $9.30 |  | $6,319.31 |
| 06/24/2016 | (2) | MCS LIFE | ACCOUNT RECEIVABLE ACCOUNT RECEIVABLE | 1121-000 | $60.00 |  | $6,379.31 |
| 07/06/2016 | (2) | Contellation Health | ACCOUNT RECEIVABLE Account Receivable. | 1121-000 | $933.79 |  | $7,313.10 |
| 08/26/2016 | (2) | CONSTELLATION HEALTH, LLC | ACCOUNT RECEIVABLE ACCOUNT RECEIVABLE. | 1121-000 | $115.88 |  | $7,428.98 |
| 08/26/2016 | (2) | MCS ADVANTAGE | ACCOUNT RECEIVABLE ACCOUNT RECEIVABLE. | 1121-000 | $54.25 |  | $7,483.23 |
| 08/26/2016 | (2) | TRIPLE-S ADVANTAGE | ACCOUNT RECEIVABLE ACCOUNT RECEIVABLE. | 1121-000 | $2,250.91 |  | $9,734.14 |
| 08/26/2016 | (2) | TRIPLE-S SALUD | ACCOUNT RECEIVABLE ACCOUNT RECEIVABLE. | 1121-000 | $24.18 |  | $9,758.32 |
| 08/26/2016 | (2) | TRIPLE-S SALUD | ACCOUNT RECEIVABLE ACCOUNT RECEIVABLE. | 1121-000 | $32.26 |  | $9,790.58 |
| 09/21/2016 | (2) | ASES | ACCOUNT RECEIVABLE ACCOUNT RECEIVABLE. | 1121-000 | $20.00 |  | $9,810.58 |
|  |  |  | **SUBTOTALS** |  | **$9,830.58** | **$0.00** |  |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-02292-ESL | Trustee Name: | Noreen Wiscovitch-Rentas |
|---|---|---|---|
| Case Name: | Health Preventive Services Psc | Bank Name: | BANCO SANTANDER |
| Primary Taxpayer ID #: | **-***4874 | Checking Acct #: | ******6285 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 3/24/2016 | Blanket bond (per case limit): | $16,477,482.00 |
| For Period Ending: | 4/5/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/21/2016 | (2) | TRIPLE-S ADVANTAGE | ACCOUNT RECEIVABLE ACCOUNT RECEIVABLE | 1121-000 | $55.56 | | $9,866.14 |
| 09/21/2016 | (2) | TRIPLE-S SALUD | ACCOUNT RECEIVABLE ACCOUNT RECEIVABLE | 1121-000 | $21.48 | | $9,887.62 |
| 12/05/2016 | ( 3) | DEPARTMENT OF TREASURY | Tax Refund Tax Refund 2013 | 1124-000 | $11,911.00 | | $21,798.62 |
| 10/25/2017 | 101 | INTERNATIONAL SURETIES LTD | Bonding October 1, 2017 to September 30, 2018 approved docket 37 | 2300-000 | | $55.88 | $21,742.74 |
| 02/07/2018 | ( 3) | Departarmento de Hacienda | Tax Refund 2015 Tax Refund 2015 | 1124-000 | $43,404.00 | | $65,146.74 |
| 03/14/2018 | | Transfer to Acct # xxxxxx7579 | Transfer of Funds | 9999-000 | | $55,000.00 | $10,146.74 |
| 03/20/2018 | 102 | TAMAREZ CPA, LLC | Estate's Accountant Fees and Costs Fee application filed on February 9, 2018. Dkt. No. 42. Approved Dkt. No. 44. | 3410-000 | | $5,132.50 | $5,014.24 |
| 03/20/2018 | 103 | TAMAREZ CPA, LLC | Estate's Accountant Fees and Costs Fee application filed on February 9, 2018. Dkt. No. 42. Approved Dkt. No. 44. | 3420-000 | | $271.79 | $4,742.45 |
| 06/11/2018 | ( 5) | DEPARTAMENTO DE HACIENDA | Tax Refund Tax Refund 2016 | 1224-000 | $5,423.00 | | $10,165.45 |
| 08/06/2018 | | Transfer from Acct # xxxxxx7579 | Transfer of Funds | 9999-000 | $55,053.13 | | $65,218.58 |
| 08/27/2018 | | Green Bank | Transfer Funds | 9999-000 | | $65,218.58 | $0.00 |

| | | | | SUBTOTALS | $115,868.17 | $125,678.75 | |

**FORM 2** Page No: 5 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-02292-ESL | Trustee Name: | Noreen Wiscovitch-Rentas |
|---|---|---|---|
| Case Name: | Health Preventive Services Psc | Bank Name: | BANCO SANTANDER |
| Primary Taxpayer ID #: | **-***4874 | Checking Acct #: | ******6285 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 3/24/2016 | Blanket bond (per case limit): | $16,477,482.00 |
| For Period Ending: | 4/5/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | TOTALS: | | $125,678.75 | $125,678.75 | $0.00 |
| | | | Less: Bank transfers/CDs | | $55,053.13 | $120,218.58 | |
| | | | Subtotal | | $70,625.62 | $5,460.17 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $70,625.62 | $5,460.17 | |

**For the period of 3/24/2016 to 4/5/2019**

| | |
|---|---|
| Total Compensable Receipts: | $70,625.62 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $70,625.62 |
| Total Internal/Transfer Receipts: | $55,053.13 |
| | |
| Total Compensable Disbursements: | $5,460.17 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,460.17 |
| Total Internal/Transfer Disbursements: | $120,218.58 |

**For the entire history of the account between 04/01/2016 to 4/5/2019**

| | |
|---|---|
| Total Compensable Receipts: | $70,625.62 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $70,625.62 |
| Total Internal/Transfer Receipts: | $55,053.13 |
| | |
| Total Compensable Disbursements: | $5,460.17 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,460.17 |
| Total Internal/Transfer Disbursements: | $120,218.58 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-02292-ESL | | | Trustee Name: | Noreen Wiscovitch-Rentas |
|---|---|---|---|---|---|
| Case Name: | Health Preventive Services Psc | | | Bank Name: | BANCO SANTANDER |
| Primary Taxpayer ID #: | **-***4874 | | | Checking Acct #: | ******7579 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Checking |
| For Period Beginning: | 3/24/2016 | | | Blanket bond (per case limit): | $16,477,482.00 |
| For Period Ending: | 4/5/2019 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/14/2018 | | Transfer from Acct # xxxxxx6285 | Transfer of Funds | 9999-000 | $55,000.00 | | $55,000.00 |
| 03/30/2018 | (INT) | BANCO SANTANDER | Interest Posting | 1270-000 | $6.40 | | $55,006.40 |
| 04/24/2018 | (INT) | BANCO SANTANDER | Interest Rate Posting | 1270-000 | $9.42 | | $55,015.82 |
| 05/31/2018 | (INT) | BANCO SANTANDER | Interest Rate 0.000 | 1270-000 | $13.94 | | $55,029.76 |
| 06/26/2018 | (INT) | BANCO SANTANDER | Interest Rate Posting | 1270-000 | $9.80 | | $55,039.56 |
| 07/31/2018 | (INT) | BANCO SANTANDER | Interest Rate 0.000 | 1270-000 | $13.19 | | $55,052.75 |
| 08/06/2018 | (INT) | BANCO SANTANDER | Interest Post | 1270-000 | $0.38 | | $55,053.13 |
| 08/06/2018 | | Transfer to Acct # xxxxxx6285 | Transfer of Funds | 9999-000 | | $55,053.13 | $0.00 |
| | | | **TOTALS:** | | $55,053.13 | $55,053.13 | $0.00 |
| | | | Less: Bank transfers/CDs | | $55,000.00 | $55,053.13 | |
| | | | Subtotal | | $53.13 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $53.13 | $0.00 | |

| For the period of 3/24/2016 to 4/5/2019 | | For the entire history of the account between 03/14/2018 to 4/5/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $53.13 | Total Compensable Receipts: | $53.13 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $53.13 | Total Comp/Non Comp Receipts: | $53.13 |
| Total Internal/Transfer Receipts: | $55,000.00 | Total Internal/Transfer Receipts: | $55,000.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $55,053.13 | Total Internal/Transfer Disbursements: | $55,053.13 |

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-02292-ESL | Trustee Name: | Noreen Wiscovitch-Rentas |
|---|---|---|---|
| Case Name: | Health Preventive Services Psc | Bank Name: | BANCO SANTANDER |
| Primary Taxpayer ID #: | **-***4874 | Checking Acct #: | ******7579 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 3/24/2016 | Blanket bond (per case limit): | $16,477,482.00 |
| For Period Ending: | 4/5/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $70,678.75 | $70,678.75 | $0.00 |

**For the period of 3/24/2016 to 4/5/2019**

| | |
|---|---:|
| Total Compensable Receipts: | $70,678.75 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $70,678.75 |
| Total Internal/Transfer Receipts: | $175,271.71 |
| | |
| Total Compensable Disbursements: | $70,678.75 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $70,678.75 |
| Total Internal/Transfer Disbursements: | $175,271.71 |

**For the entire history of the case between 03/24/2016 to 4/5/2019**

| | |
|---|---:|
| Total Compensable Receipts: | $70,678.75 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $70,678.75 |
| Total Internal/Transfer Receipts: | $175,271.71 |
| | |
| Total Compensable Disbursements: | $70,678.75 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $70,678.75 |
| Total Internal/Transfer Disbursements: | $175,271.71 |

/s/ NOREEN WISCOVITCH-RENTAS

NOREEN WISCOVITCH-RENTAS